# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PHIL MILEY, MARK MILEY AND
MELISSA MILEY

VERSUS

MELVIN ELIESON, M.D., VERNON
KEITH RHYNES, M.D., OUR LADY
OF THE LAKE HOSPITAL, INC.
D/B/A OUR LADY OF THE LAKE
REGIONAL MEDICAL CENTER,
JULES PARR, CRNA AND KEVIN
ANDERSON, M.D. LOUISIANA
MEDICAL MUTUAL INSURANCE
COMPANY, EVANSTON INSURANCE
COMPANY, ABC INSURANCE
COMPANY AND DEF INSURANCE
COMPANY

NO.  2025 CW 0770

OCTOBER 23, 2025

---

In Re:    Melvin Joseph Elieson, M.D. and Louisiana Medical Mutual
          Insurance Company, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          587275.

---

BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.

    **WRIT GRANTED IN PART AND DENIED IN PART.** The portion of the
trial court's July 11, 2025 judgment which granted the Motion in
Limine to exclude evidence of previously dismissed parties,
including SRNA Brian Pennington, filed by plaintiffs, Mark Miley
and Melissa Miley, is reversed. The Louisiana Fifth Circuit Court
of Appeal has held that the statutory protections for a medical
malpractice defendant dismissed by summary judgment, who can no
longer be allocated fault or found liable, do not prohibit a
current defendant from calling treating physicians to testify as
to their observations and treatment of the patient and his
condition. **Detillieu v. Louisiana Med. Mut. Ins. Co.,** 2023-226
(La. App. 5th Cir. 7/9/24), 392 So.3d 918, 933. This court agrees.
Further, to the extent expert testimony would be offered and
implications of fault of a dismissed party were to arise, the
parties could certainly object to that questioning at the time, if
warranted. **Id.** In all other respects, the writ is denied.

                              MRT
                              AHP
                              KEB


COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
      FOR THE COURT